In the Matter of THERESA A. SCHILLACI et al., Appellants, v VILLAGE OF SACKETS HARBOR ZONING BOARD OF APPEALS et al., Respondents. [53 NYS3d 848]—Appeal from a judgment of the Supreme Court, Jefferson County (James P. McClusky, J.), entered January 26, 2016 in a proceeding pursuant to CPLR article 78. The judgment dismissed the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Carni, NeMoyer and Curran, JJ.

In the Matter of NOEL KANE, Petitioner, v NUNZIO DOLDO, Superintendent, Cape Vincent Correctional Facility, Respondent. [53 NYS3d 848]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Jefferson County [James P. McClusky, J.], entered December 12, 2016) to review a determination of respondent. The determination found after a tier II hearing that petitioner had violated an inmate rule.

It is hereby ordered that the determination is unanimously confirmed without costs and the petition is dismissed. Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MHALIK J. BALDWIN, Appellant. [53 NYS3d 849]—Appeal from a judgment of the Supreme Court, Monroe County (Alex R. Renzi, J.), rendered October 15, 2014. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a weapon in the second degree (two counts).

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Peradotto, J.P., Carni, Lindley, Troutman and Scudder, JJ.